**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-1054-Orl-28DAB**

**CREATION'S OWN CORPORATION, S.C. DANIEL ROSSIGNOL, JAMES COMAN,**

        **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment Against James Coman (Doc. No. 16) filed October 7, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 13, 2011 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment Against James Coman (Doc. No. 16) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  __7th__  day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge