UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

Plaintiff,

-vs-                                                Case No. 6:11-cv-1054-Orl-28DAB

CREATION'S OWN CORPORATION, S.C.
DANIEL ROSSIGNOL, JAMES COMAN,

Defendants.
_____

# ORDER

This case is before the Court on Plaintiff's Amended Motion for Entry of Default Judgment (Doc. No. 25) filed October 24, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 30), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 16, 2011 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Amended Motion for Entry of Default Judgment (Doc. No. 25) is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this __2 1__ day of December, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party