**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NATIONWIDE MUTUAL FIRE**
**INSURANCE COMPANY,**

          **Plaintiff,**

**-vs-**                                 **Case No. 6:11-cv-1054-Orl-28DAB**

**CREATION'S OWN CORPORATION, S.C.**
**DANIEL ROSSIGNOL, JAMES COMAN,**

          **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 40) filed March 6, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case dismissed as to Defendant Coman.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation (Doc. No. 50) and the response to the objections filed by Defendants Creation's Own Corporation and Daniel Rossignol (Doc. 51), the objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 4, 2012 (Doc. No. 49) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 40) is **DENIED.**

    3.    This case is dismissed as to Defendant James Coman.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27th day of June, 2012.

                          JOHN ANTOON II
                          United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party